IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL DIETLE,   No. CIV S-10-0004-CMK-P

    Petitioner,

  vs.   ORDER

MIKE O. McDONALD,

    Respondent.

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is a duplicative request for leave to proceed in forma pauperis (Doc. 10).  Plaintiff has already been granted leave to proceed in forma pauperis (Doc. 9).  Therefore, his duplicative request is denied as unnecessary.

       SO ORDERED.

DATED: July 1, 2010

                                                  **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE