IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL DIETLE,                                    No. CIV S-10-0004-CMK-P

    Petitioner,

  vs.                                                              ORDER

MIKE O. McDONALD,

    Respondent.

                               /

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment.  See 28 U.S.C. § 636(c).

        Pending before the court is petitioner's  notice of voluntary dismissal.  Good cause appearing therefor, this action will be dismissed.  See Fed. R. Civ. P. 41(a)(2).  The notice of dismissal renders the pending motion to dismiss moot.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     Upon petitioner' notice of voluntary dismissal (Doc. 24) , this action is dismissed without prejudice;

1

2. The pending motion to dismiss (Doc. 22) is denied as moot; and

3. The Clerk of the Court is directed to close this case.

DATED: May 4, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE